UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:16-MC-00178 KJM EFB |
| Plaintiff, | |
| v. | ORDER |
| APPROXIMATELY $8,616.00 IN U.S. CURRENCY, | |
| Defendant. | |

The United States filed this action eight months ago, yet there is still no complaint for forfeiture and no indictment alleging that the defendant currency is subject to forfeiture. The court twice granted the United States' request for more time to file these documents. ECF Nos. 1, 2. The second extension expired on January 3, 2017. ECF No. 2. Now, half a year later, the United States has still taken no action.

Accordingly, the court hereby ORDERS the United States to show cause within fourteen days why this case should not be dismissed.

IT IS SO ORDERED.

DATED: August 2, 2017.

_____
UNITED STATES DISTRICT JUDGE

1